Note:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1386

CLIMAX MOLYBDENUM COMPANY,

Plaintiff,

v.

MOLYCHEM, LLC,

Defendant-Appellee,

v.

RAMON L. PIZARRO,

Defendant-Appellant.

Ramon L. Pizarro, of Denver, Colorado, argued for defendant-appellee.

Donald T. Trinen, Hart & Trinen, LLP, of Denver, Colorado, argued for defendant-appellee.

Appealed from:  United States District Court for the District of Colorado

Senior Judge Richard P. Matsch

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1386

CLIMAX MOLYBDENUM COMPANY,

Plaintiff,

v.

MOLYCHEM, LLC,

Defendant-Appellee,

v.

RAMON L. PIZARRO,

Defendant-Appellant.

# Judgment

ON APPEAL from the     United States District Court for the District of Colorado

in CASE NO(S).     02-CV-00311

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

    Per Curiam (LOURIE, CLEVENGER, and LINN, <u>Circuit Judges</u>).

    AFFIRMED. <u>See</u> Fed. Cir. R. 36.

                  ENTERED BY ORDER OF THE COURT

DATED <u>December 8, 2008</u>     <u>/s/ Jan Horbaly</u>
                      Jan Horbaly, Clerk